UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO. 2924
PRODUCTS LIABILITY                 20-MD-2924
LITIGATION

                                    JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO:**

20-cv-80201-RLR
20-cv-80254-RLR
20-cv-80265-RLR
20-cv-80368-RLR
20-cv-80369-RLR
20-cv-80284-RLR
20-cv-80179-RLR
20-cv-80252-RLR
19-cv-62948-RLR
20-cv-80304-RLR
20-cv-80311-RLR
20-cv-80315-RLR
20-cv-80250-RLR
19-cv-24657-RLR
20-cv-80294-RLR
20-cv-80253-RLR
20-cv-80269-RLR
20-cv-80313-RLR
20-cv-80373-RLR
20-cv-81028-RLR
20-cv-80790-RLR
20-cv-80390-RLR
20-cv-80788-RLR
20-cv-80791-RLR
20-cv-80735-RLR
20-cv-80198-RLR
20-cv-80203-RLR

**ORDER DECONSOLIDATING CASES**

This matter comes before the Court on the Notices of Voluntary Dismissal filed for the above-referenced cases. In light of the fact that these cases have been dismissed, it is **ORDERED AND ADJUDGED** that:

1. The above-reference cases are **DECONSOLIDATED** from MDL proceeding 20-MD-2924.

2. The above-reference cases shall remain **CLOSED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 13th day of April, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE